IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD E. TINSLEY,**<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>**T. HILL, Warden,**<br><br>　　　　　　　Respondent. | Case No. 2:23-cv-01036-TLN-EFB<br><br>[~~PROPOSED~~] ORDER |

　　Respondent has moved for a sixty-day enlargement of time to file a response to Petitioner's petition for writ of habeas corpus.

　　GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's request is granted. The response to Petitioner's petition for writ of habeas corpus shall be filed on or before December 29, 2023.

Dated: October 27, 2023

　　　　　　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE