UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD E. TINSLEY,

          Petitioner,

    v.

T. HILL,

          Respondent.

No. 2:23-cv-01036-TLN-EFB

**ORDER**

    Petitioner, a state prisoner proceeding without counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On December 19, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. The time to file objections has passed, and neither party filed objections to the findings and recommendations.

    The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 19, 2023 (ECF No. 14) are ADOPTED IN FULL;
2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is DENIED;
3. The Court DECLINES to issue a certificate of appealability; and
4. The Clerk of Court is directed to close this case.

Date:  February 2, 2024

_____
Troy L. Nunley
United States District Judge

2